# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU OWER, | OLD CASE NO: 1:19-cv-1061-LJO-JLT |
| Plaintiff, | NEW CASE NO: 1:19-cv-1061-JLT |
| v. | |
| OMNI FAMILY HEALTH, | ORDER ASSIGNING ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO THE |
| Defendant. | CONSENT OF ALL PARTIES |

Pursuant to 28 U.S.C. §636(c)(1), all parties have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment. Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Jennifer L. Thurston for all further purposes and proceedings. Further papers shall bear the new case number **1:19-cv-1061-JLT.**

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. Law and motion, pretrial conference and trial dates will need to be reset before Magistrate Judge Thurston as necessary.

IT IS SO ORDERED.

Dated: __August 21, 2019__       _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE

1