UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU OWER,<br><br>    Plaintiff,<br><br>    v.<br><br>OMNI FAMILY HEALTH,<br><br>    Defendants. | Case No. 1:19-CV-01061 JLT<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE ALL CASE DEADLINES** |

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS** the case schedule amended as follows:

1. The pleading amendment deadline is extended to **July 31, 2020**;

2. All non-expert discovery related to the class certification motion **SHALL** be completed **no later than January 29, 2021**;

3. The parties **SHALL** disclose their expert witnesses related to the class certification motion **no later than July 31, 2020** and any rebuttal experts **no later than August 28, 2020**. All expert discovery related to the class certification motion **SHALL** be completed **no later than September 28, 2020**;

4. The motion for class certification **SHALL** be filed **no later than October 31, 2020**. The opposition **SHALL** be filed **no later than December 30, 2020** and the reply, if any, **SHALL** be filed **no later than January 29, 2021**;

5. The hearing on the motion for class certification is continued to **February 19, 2021** at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **April 29, 2020**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE