# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILOU OWER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OMNI FAMILY HEALTH,<br><br>　　　　　Defendants. | Case No. 1:19-CV-01061 JLT<br><br>**ORDER GRANTING STIPULATION TO REMAND THE MATTER TO THE KERN COUNTY SUPERIOR COURT**<br><br>**(Doc. 15)** |

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS**:

1. The stipulation (Doc. 15) is GRANTED and the case is remanded to the Kern County Superior Court;

2. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  **June 29, 2020**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE